UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JIM HAWVER,                                                      Case No. 21-cv-1646 (SJF) (ARL)

                    Plaintiff,

- against -

CANON U.S.A., INC.,

                    Defendant.
-----------------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint, and upon the Complaint herein, Defendant Canon U.S.A., Inc., by its attorneys, Dorsey & Whitney LLP, will move this Court, at the United States Courthouse, at 100 Federal Plaza, Central Islip, New York 11722, on a date to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Complaint in its entirety. Pursuant to Local Rule 6.1(b), any opposing papers shall be served within 14 days after service of this motion.

Dated: New York, New York
         May 20, 2021

                                                         DORSEY & WHITNEY LLP

                                                         By: */s/ Laura M. Lestrade*
                                                             Laura M. Lestrade
                                                             51 West 52nd Street
                                                            New York, New York 10019
                                                            (212) 415-9200

                                                         *Attorneys for Defendant*
                                                         *Canon U.S.A., Inc.*