**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JIM HAWVER,

        Plaintiff,

- against -                                **JUDGMENT**
                                                                   CV 21-1646 (GRB) (ARL)

CANON U.S.A., INC.,

        Defendant.
-----------------------------------------------------------------X

        A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on December 1, 2021, accepting Defendant's November 18, 2021 offer to allow entry of judgment against it in the amount of $32,000.00, inclusive of attorney's fees and costs, and prejudgment interest, it is

        **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Jim Hawver and against Defendant Canon U.S.A., Inc., in the amount of $32,000.00, inclusive of attorney's fees and costs, and prejudgment interest; and that this case is closed.

Dated: December 9, 2021
         Central Islip, New York

                                                                                    DOUGLAS C. PALMER
                                                                                    CLERK OF THE COURT
                                                                   By:    /s/ James J. Toritto
                                                                                      Deputy Clerk